FILED

FEB 1 3 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. W18CR054 |
| Plaintiff, | * | |
| | * | <u>INDICTMENT</u> |
| V. | * | |
| | * | [VIO: 21 U.S.C. 846 {21 U.S.C. 841(a)(1) & |
| CLARENCE WILLIAM | * | 841(b)(1)(C) – Conspiracy to Possess With |
| TYWANE POSEY (1), | * | Intent to Distribute and Distribution of Heroin, |
| | * | a Schedule I Controlled Substance] |
| GARY DEASHAN HILL (3), | * | |
| BOBBY RAY TILLIS (4), | * | |
| | * | |
| JAMES CLIFTON LUCAS (6), | * | |
| | * | |
| Defendants | * | |

THE GRAND JURY CHARGES:

Beginning in or about 2009, the exact date unknown, and continuing until in or April, 2013, in the Western District of Texas and elsewhere, Defendants,

**CLARENCE WILLIAM TYWANE POSEY,**

**GARY DEASHAN HILL,
BOBBY RAY TILLIS,**

and

**JAMES CLIFTON LUCAS,**

and others both known and unknown to the Grand Jury, did unlawfully and willfully combine, conspire, confederate and agree together and with each other and others, to possess with intent to distribute and did distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and in violation of Title 21, United States Code, Section 846.

A TRUE BILL:

_____
FOREPERSON

JOHN F. BASH
United States Attorney

*Stephanie Smith-Burris*

By: STEPHANIE SMITH-BURRIS
Assistant United States Attorney