IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ' | |
| | ' | |
| V. | ' | CRIMINAL NO. WA:18-CR-00054(3) |
| | ' | |
| GARY DEASHAN HILL | ' | |

**DEFENDANT' MOTION FOR CONTINUANCE**

TO THE HONORABLE ROBERT PITMAN, UNITED STATES CHIEF DISTRICT JUDGE
FOR THE WESTERN DISTRICT OF TEXAS, WACO DIVISION:

NOW COMES the Defendant, GARY DEASHAN HILL, and by and through his attorney, files this Motion for Continuance in the above styled and numbered cause and in support thereof would respectfully show unto the Court the following:

1. This cause has a Motions Hearing scheduled on Tuesday, April 3, 2018, at 1:30 p.m., a plea deadline of Monday, April 9, 2018, Rearraignment is scheduled on Tuesday, April 17, 2018, at 1:30 p.m., and trial is scheduled on Monday, April 30, 2018, at 9:00 a.m.  A continuance is sought on all four settings.

2. Defendant's Counsel needs additional time to review extensive discovery for this matter. Defendant's Counsel and the Assistant United States Attorney have been engaged in ongoing discussions regarding resolving this case.  However, additional time is necessary for both sides to attempt to resolve this case.

3. The Assistant United States Attorney does not oppose this motion.

4. This continuance is not sought for delay, but so that justice may be served.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests the Court to continue this cause on the docket of this Court until a later date.

Respectfully submitted,

/s/Robert T. Swanton, Jr.
Robert T. Swanton, Jr.
Swanton & Frederick
100 N. 6th Street, Ste 900
Waco, TX  76701
(254)757-2082
SBN: 19557100
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of April, 2018, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Stephanie Smith-Burris
Assistant United States Attorney
800 Franklin Avenue, Ste 280
Waco, TX  76701

/s/Robert T. Swanton, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ' | |
| | ' | |
| V. | ' | CRIMINAL NO. WA:18-CR-00054(3) |
| | ' | |
| GARY DEASHAN HILL | ' | |

**ORDER ON DEFENDANT'S MOTION FOR CONTINUANCE**

Be it remembered that on this the ___ day of April, 2018, came on to be considered the foregoing Defendant' Motion For Continuance and the Court having considered the motion, it is therefore ordered that the aforesaid motion is hereby

[GRANTED]  [DENIED].

Signed and entered on this ___ day of April, 2018.

_____
JUDGE PRESIDING