IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ' | |
| | ' | |
| V. | ' | CRIMINAL NO. WA:18-CR-00054(3) |
| | ' | |
| GARY DEASHAN HILL | ' | |

**DEFENDANT'S THIRD MOTION FOR CONTINUANCE**

TO THE HONORABLE ROBERT PITMAN, UNITED STATES CHIEF DISTRICT JUDGE
FOR THE WESTERN DISTRICT OF TEXAS, WACO DIVISION:

NOW COMES the Defendant, GARY DEASHAN HILL, and by and through his attorney, files this Motion for Continuance in the above styled and numbered cause and in support thereof would respectfully show unto the Court the following:

1. Rearraignment is scheduled on Tuesday, July 10, 2018, at 1:00 p.m. Counsel for Defendant began a Jury Trial on Monday, July 9, 2018, in the 54th Judicial District Court, State vs. Vincent Westbrook, Cause No. 2016-1676-C2. Trial is expected to last two to three days.

2. The Assistant United States Attorney does not oppose this motion.

3. This continuance is not sought for delay, but so that justice may be served.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests the Court to continue this cause on the docket of this Court until a later date.

Respectfully submitted,

/s/Robert T. Swanton, Jr.
Robert T. Swanton, Jr.
Swanton & Frederick
100 N. 6th Street, Ste 900
Waco, TX  76701
(254)757-2082
SBN: 19557100
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on the 9TH  day of July, 2018, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Stephanie Smith-Burris
Assistant United States Attorney
800 Franklin Avenue, Ste 280
Waco, TX  76701

/s/Robert T. Swanton, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ' | |
| ' | |
| V. ' | CRIMINAL NO. WA:18-CR-00054(3) |
| ' | |
| GARY DEASHAN HILL ' | |

## ORDER ON DEFENDANT'S
## THIRD MOTION FOR CONTINUANCE

Be it remembered that on this the ___ day of July, 2018, came on to be considered the foregoing Defendant' Motion For Continuance and the Court having considered the motion, it is therefore ordered that the aforesaid motion is hereby

[GRANTED]  [DENIED].


Signed and entered on this ___ day of July, 2018.


_____
JUDGE PRESIDING