

| | | |
|---|---|---|
| **JEANNETTE J. CLACK**<br>CLERK OF COURT | **UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF TEXAS**<br>800 Franklin Avenue Room 380<br>Waco, TX 76701 | **PHILIP J. DEVLIN**<br>CHIEF DEPUTY |

December 18, 2018

Gary D. Hill #01956-480
FCC - Medium
PO Box 3000
Forrest City, AR 72336

Re:   Your recent letter
      W-18-CR-054-03

Dear Mr. Hill:

   This office received your recent letter requesting various copies of court records from the above-referenced criminal case. The docket sheet is 7 pages long and the Judgment and Commitment is 6 pages long. The total 13 pages may be obtained by sending a check or money order made payable to "Clerk, U.S. District Court" in the amount of **$6.50** (13 pages @ $0.50/page).

   No transcript of the 9/27/2018 sentencing hearing been made, but you may request that by writing to Court Reporter, Kristie Davis at this address. Ms. Davis will be able to quote you the separate fee for the transcript and inform you of payment methods for that order. Thank you.

                          Sincerely,

                          L Diaz
                          Leigh Anne Diaz
                          Deputy Clerk

LAD

6:18-CR-054-03

U.S. Courthouse
800 Franklin Ave., Room #301
Waco, Tx 76701

December 12, 2018 A.D.

Re: Transcripts and Judgment & Committment and/or Docket Sheet

Dear Clerk:

    I would like to request a true and correct copy of the above stated documents. Due to some new laws that will be coming into effect I need these documents to review and study for any possible errors and/or discrepancies. Also to see if I may qualify for a possible sentence reduction in accordance to these new laws.

    Thank you for your time and consideration in this matter.

                               Respectfully Submitted,

                                 Gary D. Hill

RECEIVED
DEC 17 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Mr. Gary D. Hill #01956-435

MEMPHIS TN 380
14 DEC 2018 PM 4 L

U.S. Courthouse
800 Franklin Ave., Room #301
Waco, TX 76701

76701-193699